RACHEL D. STANGER (BAR NO. 200733)
BRANDON C. FERNALD (BAR NO. 222429)
**FERNALD LAW GROUP LLP**
510 W 6th St., Suite 700
Los Angeles, California  90014
Telephone:        (323) 410-0300
Facsimile:        (323) 410-0330
E-Mail:    rachel.stanger@fernaldlawgroup.com
               brandon.fernald@fernaldlawgroup.com

Attorneys for Plaintiff TAP Worldwide, LLC


PHILLIP ASHMAN (BAR NO. 145136)
BRIAN A. KUMAMOTO (BAR NO. 156398)
**McQUEEN & ASHMAN LLP**
19900 MacArthur Blvd., Suite 1150
Irvine, CA  92612
Telephone:  (949) 223-9601
Facsimile:  (949) 223-9611
E-Mail: pashman@mcqueenashman.com

Attorneys for Defendant Warner Science Applications
Corp. d/b/a eAutogrilles.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

|  |  |
|---|---|
| TAP WORLDWIDE, LLC, a Delaware limited liability company,<br><br>              Plaintiff,<br><br>       v.<br><br>WARNER SCIENCE APPLICATIONS, a California corporation, d/b/a E-AUTOGRILLES.COM; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.  EDCV12-1110 VAP (DTBx)<br><br>**[~~PROPOSED~~] ORDER ENTERING STIPULATED PROTECTIVE ORDER** |

DOCUMENT PREPARED
ON RECYCLED PAPER

1    Having reviewed the [PROPOSED] STIPULATED PROTECTIVE ORDER

2  and finding good cause for the entry of a protective order in this case, the Court

3  hereby orders as follows:

4    The [PROPOSED] STIPULATED PROTECTIVE ORDER is hereby entered

5  as the Order of this Court.

6    **IT IS SO ORDERED.**

7

8

9

10  DATED: November 28, 2012    _____

11                                United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28